# Exhibit 12


Case 1:18-md-02865-LAK  Document 332-24  Filed 04/27/20  Page 2 of 2

# Elysium Global Group Structure Chart
22 February 2015

