**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND LITIGATION,<br><br>This paper applies to:<br><br>1:18-cv-10028, 1:18-cv-10030, 1:18-cv-10031, 1:18-cv-10032, 1:18-cv-10035, 1:18-cv-10036, 1:18-cv-10039, 1:18-cv-10049, 1:18-cv-10060, 1:18-cv-10061, 1:18-cv-10062, 1:18-cv-10063, 1:18-cv-10064, 1:18-cv-10065, 1:18-cv-10066, 1:18-cv-10069, 1:18-cv-10070, 1:18-cv-10071, 1:18-cv-10073, 1:18-cv-10074, 1:18-cv-10076, 1:18-cv-10077, 1:18-cv-10080, 1:18-cv-10082, 1:18-cv-10083, 1:18-cv-10086, 1:18-cv-10096.<br>. | MASTER DOCKET<br>1:18-md-02865 (LAK) |

## CERTIFICATE OF SERVICE OF POULOS LOPICCOLO PC'S <u>MOTION TO WITHDRAW AS COUNSEL</u>

I, Joseph LoPiccolo, Esq., hereby certify that on this, the 21st day of November 2023, copies of (a) the Notice of Motion of the Law Firm of Poulos LoPiccolo PC Seeking Leave to Withdraw as Counsel to Defendants Matthew Tucci and His Associated Pension Plans; (b) the proposed text of Order Granting Withdrawal of Counsel; (c) the Memorandum of Law in Support of the Law Firm of Poulos LoPiccolo PC's Motion Seeking Leave to Withdraw as Counsel to Defendants Matthew Tucci and His Associated Pensions Plans; and (d) this Certificate of Service, were served (1) upon all parties of record by electronic means through the Court's CM/ECF electronic filing system, and (2) upon Matthew Tucci by means of electronic mail and Federal Express, Overnight Mail.

The Declaration of Joseph LoPiccolo, Esq. (with attached Exhibits A and B) was filed with the Court under seal and served upon Defendant Matthew Tucci by means of electronic mail and Federal Express, Overnight Mail.

>Respectfully submitted,
>
>**POULOS LOPICCOLO PC**
>
>     s/ *Joseph LoPiccolo*
> Joseph LoPiccolo, Esq.
> 1460 Broadway
> 15th Floor, Suite No. 15003
> New York, New York 10036
> Tel: (732) 757-0165
> Fax: (732) 358-0180
> Email: lopiccolo@pllawfirm.com

Dated:  November 21, 2023
        New York, New York

- 2 -